UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: NORWOOD, ROOSEVELT            CASE NO: 03-13912
       DEBTOR(S)                            CHAPTER 7

ORDER DIRECTING DEPOSIT INTO TREASURY

CONSIDERING the trustee's Motion to Deposit Funds into the Treasury;

IT IS ORDERED that Dwayne M. Murray, Trustee deposit unclaimed funds belonging to this creditor into the Treasury by authorizing a stopping of payment on the trustee's check no. 105 issued to Citi Cards in the amount of $382.14, and issuing a check payable to Monica Menier, Clerk of Court, United States Bankruptcy Court, Middle District of Louisiana, in the sum of $382.14.

Baton Rouge, Louisiana, May 22, 2007.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE