# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Re:

    ROOSEVELT NORWOOD

Case No. 03-13912

Debtor(s)      Chapter. 7

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

Considering the application of CITIGROUP, INC for payment of funds being held in the Court's registry of unclaimed funds, the record of the case and applicable law,

IT IS ORDERED that the Clerk of Court pay CITIGROUP, INC, located at 3800 Citigroup Center Dr./G3-4, Tampa, FL 33610, unclaimed funds in the amount of $382.14, held pursuant to 11 U.S.C. §347(a).

Baton Rouge, Louisiana, July 7, 2008.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE